1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ANDREWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INC., a Delaware Corporation; and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No. CV 12-05176 DMG (CWx)<br><br>**[DISCOVERY MATTER]**<br><br>**ORDER FOR STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: May 8, 2012<br>Trial Date:　　　None Set<br>Judge:　　　　　Hon. Dolly Gee<br>Magistrate:　　　Carla Woehrle |

# O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED: December 5, 2012

*Carla M. Woehrle*

THE HONORABLE CARLA WOEHRLE
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

13481274.1 (OGLETREE)